# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. GUADALUPE MARTINEZ-HIGUERA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NANCY A. BERRYHILL,<br><br>Acting Commissioner of Social Security,<br><br>　　　　Defendant. | CIVIL NO. 5:17-cv-02453-RAO<br><br>[~~PROPOSED~~]<br>**ORDER OF REMAND** |

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

DATED: July 24, 2018

_Rozella A. Oliver_
HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE